1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11    EDVIN ORLANDO MARTINEZ LOPEZ          Case No.: 25-cv-2717-JES-AGH

12                              Petitioner,   **ORDER:**

13    v.
                                              **(1) STAYING REMOVAL OF**
14    KRISTI NOEM, Secretary, U.S.           **PETITIONER TO PRESERVE**
      Department of Homeland Security; TODD  **JURISDICTION**
15    M. LYONS, Acting Director, Immigration
16    and Customs Enforcement, PATRICK       **[ECF NO. 1]**
      DIVVER, Field Office Director, San
17    Diego Office of Detention and Removal,
18    U.S. Immigrations and Customs
      Enforcement; CHRISTOPHER J.
19    LAROSE, Senior Warden, Otay Mesa
20    Detention Center, San Diego, California;
      SIRCE OWEN, Acting Director for
21    Executive Office for Immigration Review;
22    and PAMELA BONDI, Attorney General
      of the United States
23
                                Respondents.
24

25          Before the Court is Petitioner Edvin Orlando Martinez Lopez's ("Petitioner" or

26    "Martinez Lopez") Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF

27    No. 1. To preserve the Court's jurisdiction pending a ruling in this matter, Petitioner shall

28    not be removed from the United States or this District unless and until the Court orders

                                              1

1   otherwise. *See Doe v. Bondi*, Case. No. 25-cv-805-BJC-JLB, 2025 WL 1870979 at \*2 (S.D.

2   Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while

3   determining whether it has subject matter jurisdiction over a case and while a petition is

4   pending resolution from the court.") (citing cases); *A.M. v. LaRose et al.*, 25-cv-01412,

5   ECF No. 2 (S.D. Cal. June 4, 2025) ("Pursuant to Petitioner's request for a Temporary

6   restraining order, the Court hereby (1) RESTRAINS and ENJOINS Respondents, their

7   agents, employees, successors, attorneys, and all persons in active concert and participation

8   with them, from removing Petitioner A.M. from the United States or this District pending

9   further order of this Court"); *see also A.A.R.P v. Trump*, 605 U.S. 91, 97 (2025) (Federal

10  courts have "the power to issue injunctive relief to prevent irreparable harm to the applicant

11  and to preserve [] jurisdiction over the matter."); *Nguyen v. Scott*, No. 2:25-CV-01398,

12  2025 WL 2097979, at \*3 (W.D. Wash. July 25, 2025) (enjoining the Respondents from

13  removing Petitioner without approval from the court).

14          **IT IS SO ORDERED.**

15  Dated: October 21, 2025

16

17                                          Honorable James E. Simmons Jr.
                                            United States District Judge
18

19

20

21

22

23

24

25

26

27

28

25-cv-2717-JES-AGH