

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Edvin Orlando Martinez Lopez | Civil Action No.  25-cv-2717-JES-AHG |
| **Plaintiff,** | |
| V. | |
| Kristi Noem; Todd Lyons; Patrick Divver; Christopher LaRose; Sirce Owen; Pam Bondi | **CLERK'S JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court Grants Martinez Lopez's Petition for Writ of Habeas Corpus Pursuant to 8 U.S.C. § 2241 as to Count One. Count Two of the Petition is Denied as moot without prejudice. The Court Orders Respondents to provide Petitioner with a bond redetermination hearing under 8 U.S.C. § 1226(a) within 10 days of this order, or otherwise release him from custody, under the same conditions that existed before his detention. The IJ and Respondents are Enjoined from denying Petitioner bond on the basis that he is detained under 8 U.S.C. § 1225(b)(2). Respondents are Ordered to File a Notice of Compliance within 10 days of providing Petitioner with a bond redetermination hearing. Judgment in Petitioner's favor. The case is hereby closed.

Date:    10/30/25

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ M. Quinata

M. Quinata, Deputy